IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE J. DAVENPORT, JR., | : | |
| Petitioner, | : | 3:19-cv-2155 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| ERIC TICE, PENNSYLVANIA ATTORNEY GENERAL OFFICE, | : : | |
| Respondents. | : | |

## **ORDER**

**June 1, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

                                                   s/ John E. Jones III
                                                   John E. Jones III, Chief Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania